IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21CR00315-002D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ANTHONY MAURICE MARYLAND, | ) | |
| | ) | ORDER TO UNSEAL |
| Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SENIOR LIFE INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Garnishee. | ) | |

Upon motion of the United States, it is hereby ORDERED that the government's Application for Writ of Garnishment [D.E. 95], the Writ of Garnishment issued as its result along with the Instructions to Criminal Defendant, Clerk's Notice of Post-Judgment Garnishment, Right to Have Exemptions Designated, Objection to Answer, and Request for Hearing [D.E. 99, 99-1] in the above-captioned case be unsealed.

This the __10__ day of August, 2022.

_____
JAMES C. DEVER III
United States District Court Judge